IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY L. SULLEY, | ) | CASE NO. 8:08CV297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, as | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Unresisted Motion for Enlargement of Time to File Plaintiff's Brief (Filing No. 9). The Plaintiff requests an extension of time to file her brief, from October 16, 2008, until November 14, 2008. The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Unresisted Motion for an Enlargement of Time (Filing No. 9) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before November 14, 2008; and

3. The Defendant shall file his responsive brief on or before December 15, 2008.

DATED this 14th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge