IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHERRY L. SULLEY,** | ) | **CASE NO. 8:08CV297** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 13). The Defendant requests an additional 30 days, from December 15, 2008, until January 14, 2009, to file his brief. The Court notes that the Plaintiff was granted a 30-day extension in this matter before filing her initial brief on November 14, 2008. The Court finds that the Defendant's motion for additional time should also be granted.

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time (Filing No. 13) is granted; and

2. The Defendant shall file his responsive brief on or before January 14, 2009.

DATED this 12th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge