IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY L. SULLEY, | ) | CASE NO. 8:08CV297 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, as Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 15). The Defendant requests an additional 30 days, from January 14, 2009, until February 13, 2009, to file his brief. Defendant represents that Plaintiff's counsel does not oppose the motion. The Court finds that the Defendant's second motion for additional time should be granted.

IT IS ORDERED:

1. The Defendant's Second Motion for Extension of Time (Filing No. 15) is granted; and

2. The Defendant shall file his responsive brief on or before February 13, 2009.

DATED this 14th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge